

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Dr. W. A. Davis
State Registrar of Vital Statistics
State Board of Health
Austin, Texas

Dear Sir:

Opinion No. O-4805
Re: Should the State Registrar
verify births over his signa-
ture and title as called for
on the form submitted without
the payment of the fee?

You have requested the opinion of this department on the above question, enclosing with your request photostatic copies of two types of requests for verification of birth records to establish citizenship, used by defense industries. Each of these requests submits the name, place and date of birth, and parents' names, of a prospective employee, and asks you, in your official position as State Registrar, to certify to the correctness of the information therein contained.

You state that: "The records in the State Bureau are indexed, but before the State Registrar can verify a record in the establishment of citizenship, it is necessary that not only the index be run but that the files be searched." Rule 5a of Article 4477, Vernon's Revised Civil Statutes of 1925, cited by you, provides in part:

". . . For any search of the files and rec-
ords when no certified copy is made, the State
Registrar shall be entitled to a fee of fifty
cents (50¢) for each hour or fractional part
of an hour of time of search, said fee to be paid
by the applicant. And the State Registrar shall
keep a true and correct account of all fees by
him received under these provisions, and turn the
same over to the State Treasurer at the close of

each month, and all such fees shall be kept by
the State Treasurer in a special and separate
fund, to be known as the 'Vital Statistics Fund,'
and the amounts as deposited in this Fund may be
used for defraying expenses incurred in the en-
forcement and operation of this Act; . . ."

The above quoted statutory provision is plainly ap-
plicable to the case described by you. And, while the stat-
ute says that the State Registrar "shall be entitled" to the
fees prescribed, we believe that the plain intendment of the
quoted provisions, as disclosed by the language used, is that
it is not only the privilege of the State Registrar, but his
duty as well, to collect the statutory fee.

It is therefore our opinion that the State Registrar
should not verify births over his signature and title, without
the payment of the statutory fee for such search of the files
and records of his department as is necessary to enable him
to verify the facts inquired about.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *W. R. Allen*

W. R. Allen
Assistant

WRA:db

APPROVED SEP 12, 1942

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY
CHAIRMAN

OK
BW